No. 88–7558.  MERRITT v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–7559.  HANSARD v. PEPSI-COLA METROPOLITAN BOTTLING CO., INC., DBA PEPSI-COLA BOTTLING GROUP; and
No. 89–208.  PEPSI-COLA METROPOLITAN BOTTLING CO., INC., DBA PEPSI-COLA BOTTLING GROUP v. HANSARD.  C. A. 5th Cir. Certiorari denied.  Reported below: 865 F. 2d 1461.

No. 88–7560.  LADD v. BURTON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–7561.  NELSON v. KERBY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 88–7563.  SPYCHALA v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 88–7565.  ALONSO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 88–7568.  MACOMBER v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 88–7569.  LEPISCOPO v. BLACKHURST ET AL.  Sup. Ct. N. M.  Certiorari denied.

No. 88–7570.  SHARP, BY NEXT FRIEND, SHARP v. DOWD, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 88–7571.  HOYOS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 88–7572.  BROWNSCOMBE v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 88–7573.  FELTON v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 88–7574.  HURST v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.